DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SYDNEY SILVERMAN,**
Appellant,

v.

**WOLFGANG PUCK** and **BARBARA LAZAROFF,**
Appellees.

No. 4D22-740

[February 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case Nos. CACE18-028450 (25) and CACE21-006391 (25).

Christopher N. Johnson of GrayRobinson, P.A., Miami, for appellant.

Jared Lopez of Black Srebnick, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***